IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CACEY COX, and HUNTER BROWN,

Plaintiffs,

vs.

ELIZABETH KURZ, in her individual capacity; and MELISSA BENNETT, in her individual capacity;

Defendants.

**8:26CV450**

**MEMORANDUM AND ORDER**

Plaintiffs Cacey Cox and Hunter Brown, both non-prisoners, each filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 7; Filing No. 8. Upon review of Plaintiffs' Motions, the Court finds that Plaintiffs are each financially eligible to proceed in forma pauperis.

Plaintiffs also filed two summons forms which the Court construes as a motion for summons. Filing No. 3. However, this matter may not proceed to service of process at this time. Before this matter may proceed, the Court is required to review Plaintiffs' Complaint to determine whether summary dismissal is appropriate. *See* 28 U.S.C. § 1915(e)(2). The Court must dismiss a complaint or any portion thereof that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). The Court has not yet conducted an initial review of Plaintiff's Complaint to determine whether this matter may proceed to service of process. Accordingly, Plaintiffs' motion for summons will be denied without prejudice to reassertion as premature.

IT IS THEREFORE ORDERED that:

1. Plaintiffs' motions for leave to proceed in forma pauperis, Filing No. 7; Filing No. 8, are granted, and the Complaint shall be filed without payment of fees.

2. Plaintiff's motion for summons, Filing No. 3, is denied without prejudice as premature.

3. Plaintiffs are advised that the next step in their case will be for the Court to conduct an initial review of their claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 14th day of September, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge